RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Gilbert Soto

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILBERT SOTO,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00063-JCM-VCF-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Gilbert Soto, that the sentencing hearing scheduled for February 1, 2023, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

　　　The Stipulation is entered into for the following reasons:

　　　1.　　Defense counsel needs additional time to research information presented in the Pre-sentence Investigation Report, make any necessary objections, and prepare possible mitigation information, prior to proceeding with the sentencing hearing.

　　　2.　　The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 23rd day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00063-JCM-VCF-1 |
| Plaintiff, | ORDER |
| v. | |
| GILBERT SOTO, | |
| Defendant. | |

The parties being in agreement and the ends of justice being best served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Wednesday, February 1, 2023 at 10:30 a.m., be vacated and continued to **March 3, 2023, at 11:00 a.m.**

DATED January 23, 2023

_____
UNITED STATES DISTRICT JUDGE