RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Gilbert Soto

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00063-JCM-VCF-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| GILBERT SOTO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Gilbert Soto, that the sentencing hearing scheduled for March 3, 2023, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to research information presented in the Pre-sentence Investigation Report and is specifically following up

on information provided by the Defendant. This additional time is necessary to make objections, and prepare possible mitigation information prior to proceeding with the sentencing hearing.

2. Although Fed. R. Crim. P 32(f)(1) requires that "within 14 days after receiving the presentencing report, the parties must state in writing any objections," Fed. R. Crim. P 32(i)(1)(D), authorizes the court "for good cause, [to] allow a party to make a new objection at any time before sentence is imposed." Defense counsel requests that the court permit objections on behalf of the defendant to be filed by February 28, 2023. The USAO does not oppose this request.

3. Counsel and the United States Probation Office have conferred to ensure that the new sentencing date requested will permit the probation office to receive, assess, and respond to the additional objections before the sentencing hearing.

4. The defendant is incarcerated and does not object to the continuance.

5. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 16th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Daniel J. Cowhig<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERT SOTO,<br><br>Defendant. | Case No. 2:22-cr-00063-JCM-VCF-1<br><br><u>ORDER</u> |

The parties being in agreement, good cause being shown, and the ends of justice being best served by the granting of the requested continuance:

IT IS THEREFORE ORDERED that the defendant shall have until February 28, 2023, to make informal objections to the Presenting Investigation Report.

IT IS FURTHER ORDERED that the Sentencing currently scheduled for March 3, 2023 at 11:00 a.m., be vacated and continued to **April 5, 2023 at 10:30 a.m.**

IT IS SO ORDERED.

DATED February 17, 2023.

_____
UNITED STATES DISTRICT JUDGE

3