RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Gilbert Soto

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>      v.<br><br>GILBERT SOTO,<br><br>         Defendant. | Case No. 2:22-cr-00063-JCM-VCF-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Gilbert Soto, that the sentencing hearing scheduled for April 5, 2023, be vacated and set to a date and time convenient to this Court, but no sooner than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1. The Defendants' immediate family will be attending sentencing, but due to a conflict in schedule they are not able to attend the April 5, 2023, hearing.

As such, in an effort to provide support to the Defendant at sentencing, the current sentencing date needs to be continued.

    2.    The defendant is incarcerated and does not object to the continuance.

    3.    The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 30th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Navid Afshar*<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ *Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GILBERT SOTO,<br><br>　　　　Defendant. | Case No. 2:22-cr-00063-JCM-VCF-1<br><br>ORDER |

　　The parties being in agreement, good cause being shown, and the ends of justice being best served by the granting of the requested continuance:

　　IT IS FURTHER ORDERED that the Sentencing currently scheduled for April 5, 2023 at 10:30 a.m., be vacated and continued to **May 24, 2023, at 11:00 a.m.**

　　IT IS SO ORDERED.

　　DATED March 31, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE