RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Gilbert Soto

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>GILBERT SOTO,<br><br>       Defendant. | Case No. 2:22-cr-00063-JCM-VCF-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Gilbert Soto, that the sentencing hearing scheduled for May 24, 2023, be vacated and set to a date and time convenient to this Court, but no sooner than fourteen (14) days.

The Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to research information presented in the Pre-sentence Investigation Report, make any necessary

objections, and prepare possible mitigation information,  prior to proceeding with the sentencing hearing.

2.     The defendant is incarcerated and does not object to the continuance.

3.     The parties agree to the continuance.

This is the fourth stipulation to continue filed herein.

DATED this 5th day of May, 2023.

RENE L. VALLADARES                       JASON M. FRIERSON
Federal Public Defender                      United States Attorney

By */s/ Navid Afshar*                              By */s/ Daniel J. Cowhig*
NAVID AFSHAR                                   DANIEL J. COWHIG
Assistant Federal Public Defender       Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

     v.

GILBERT SOTO,

          Defendant.

Case No. 2:22-cr-00063-JCM-VCF-1

<u>ORDER</u>

      The parties being in agreement, good cause being shown, and the ends of justice being best served by the granting of the requested continuance:

      IT IS FURTHER ORDERED that the Sentencing currently scheduled for May 24, 2023 at 11:00 a.m., be vacated and continued to **June 12, 2023, at 11:00 a.m.**

      IT IS SO ORDERED.

      DATED May 5, 2023.

_____
UNITED STATES DISTRICT JUDGE

3